

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2016

No. 04-16-00239-CR

**IN RE** Oscar David **PARDO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice

On April 18, 2016, relator filed a petition for writ of mandamus. The court has considered relator's petition and has determined that relator's request had become moot. Accordingly, the petition for writ of mandamus is DENIED AS MOOT. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on April 21, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2016.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011CR5260, styled *The State of Texas v. Oscar David Pardo*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.